# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTINA PASCUAL, on her own behalf and on behalf of a class of similarly situated employees of Defendant,<br><br>Plaintiffs,<br><br>v.<br><br>ZIRX CONSUMER SERVICES, INC., a California corporation,<br><br>Defendant. | CASE NO. C15-1923-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Due to the Court's schedule, the upcoming class action settlement fairness hearing shall now be presided over by the Honorable Ricardo S. Martinez, United States District Judge, in Courtroom 13206. Accordingly, the motion for final approval (Dkt. No. 40) is hereby REFERRED to Judge Martinez.

DATED this 7th day of August 2017.

                                               William M. McCool
                                               Clerk of Court

                                               s/Paula McNabb
                                               Deputy Clerk